**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**SHELBY DIVISION**

IN RE:  CASE NO: 10-40047
DEWEY LEE THRIFT
KAREN LEIGH THRIFT
SSN# : XXX-XX-1599
SSN# : XXX-XX-1416

## TRUSTEE'S OBJECTION TO CLAIM

**The undersigned Chapter 13 Trustee objects to the following proof of claim for the specific reason as set forth herein:**

| Trustee Claim # | Clerk Claim # | Creditor Name | Account Number | Filed Claim Amount | Amount Paid Through Plan | Claim Type |
|---|---|---|---|---|---|---|
| 10,006 | 14 | John & Rachel Monday | | $14,943.55 | $0.00 | U-Unsecured |

The proof of claim was not timely filed as required by applicable law and should be disallowed.

The trustee's objection is intended to resolve the treatment of the claim under the Chapter 13 plan. It may not be determinative of the status of affected lien(s) upon discharge.

DATED:  5/24/2011

Steven G. Tate
Standing Chapter 13 Trustee
PO Box 1778
Statesville, NC  28687-1778

**\*\*NOTICE OF OPPORTUNITY FOR HEARING ON REVERSE SIDE\*\***

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**SHELBY DIVISION**

IN RE:
DEWEY LEE THRIFT                                                          CASE NO: 10-40047
KAREN LEIGH THRIFT
SSN# :  XXX-XX-1599
SSN# :  XXX-XX-1416

**NOTICE OF OPPORTUNITY FOR HEARING**

The Chapter 13 trustee has filed an objection to your claim in this bankruptcy case.

**Your claim may be reduced, modified or eliminated.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  If you do not have an attorney, you may wish to consult one.**

If you do not want the court to eliminate or change your claim, then you or your attorney must file with the court a written response to the objection, explaining your position, and a request for a hearing within twenty  (20) days of the date of the service of this notice, at the following address:

CLERK, U.S. BANKRUPTCY COURT
PO Box 34189
Charlotte, NC  28234-4189

If you **mail** your response to the court for filing, you must mail it early enough for the court to **receive** it on or before the deadline stated above.

You must also mail a copy of your response to the debtors' attorney at the following mailing address:

ANDREA GALE FARMER
Tomblin Farmer & Morris PLLC
PO Box 632
Rutherfordton, NC  28139

If you file a response, then a hearing on the trustee's objection will be held at the following time and place:

Date: July 08, 2011                              Time:  9:30 AM

Location:   Cleveland County Courthouse
            Courtroom #5
            Shelby , NC 28151

**No hearing will be held unless a response is filed.**

If you or your attorney do not take these steps, the court may decide that you do not oppose the objection to your claim.

Dated:  5/24/2011                                                         Steven G. Tate
                                                                          Chapter 13 Trustee

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**SHELBY DIVISION**

IN RE:  CASE NO: 10-40047
DEWEY LEE THRIFT
KAREN LEIGH THRIFT
SSN# : XXX-XX-1599
SSN# : XXX-XX-1416

**CERTIFICATE OF SERVICE**

The parties whose names and addresses are listed below were served by United States first class mail, postage prepaid on 5/24/2011.

A. Owens
Office of the Chapter 13 Trustee

DEWEY LEE THRIFT, KAREN LEIGH THRIFT, 208 PICKWICK DRIVE, ELLENBORO, NC  28040
John & Rachel Monday, 1237 Old US Hwy 74, Ellenboro, NC  28040