**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**SHELBY DIVISION**

IN RE:
DEWEY LEE THRIFT
KAREN LEIGH THRIFT                                          CASE NO: 10-40047
SSN# : XXX-XX-1599
SSN# : XXX-XX-1416

**MOTION OF TRUSTEE TO MODIFY PLAN**

The undersigned, being the Standing Trustee for the debtors listed above, hereby moves the court as follows: Subsequent to the confirmation, the trustee has reviewed this case and believes the plan of the debtors will no longer meet the requirements of the bankruptcy code due to the following reason:

| Trustee Claim # | Clerk Claim # | Creditor Name | Account Number | Scheduled Claim Amnt | Filed Claim Amnt | Claim Type |
|---|---|---|---|---|---|---|
| 8 | 9 | INTERNAL REVENUE SERVICE | 4721 | $13,012.24 | $19,523.69 | P-Priority |

**The above-referenced claim(s) was scheduled as a general unsecured claim.**

The trustee recommends that the plan be modified as follows:

**Your monthly plan payment will be increased to $1149.00**
**Your plan base will be increased.**

DATED: May 26, 2011                                         Steven G. Tate
                                                            Standing Chapter 13 Trustee
                                                            PO Box 1778
                                                            Statesville, NC  28687-1778

**\*\*NOTICE OF OPPORTUNITY FOR HEARING ON REVERSE SIDE\*\***

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**SHELBY DIVISION**

IN RE:
DEWEY LEE THRIFT                                         CASE NO: 10-40047
KAREN LEIGH THRIFT
SSN# :  XXX-XX-1599
SSN# :  XXX-XX-1416

**NOTICE OF OPPORTUNITY FOR HEARING**

The Chapter 13 trustee has filed papers in the bankruptcy case for the debtors named above requesting a <u>Motion to Modify Plan.</u>

**<u>Your rights may be affected.</u>  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  If you do not have an attorney, you may wish to consult one.**

If you do not want the court to grant the relief requested by the trustee in the motion, or if you want the court to consider your views on the motion, then within twenty (20) days of the date of the service of this notice, you or your attorney must file with the court a written response to the motion and a request for a hearing at the following address:

CLERK, U.S. BANKRUPTCY COURT
PO Box 34189
Charlotte, NC  28234-4189

If you **mail** your response to the court for filing, you must mail it early enough for the court to  **receive** it on or before the deadline stated above.

If you file a response, then a hearing on the trustee's motion will be held at the following time and place:

Date: July 29, 2011                    Time:  9:30 AM

Location:   CLEVELAND COUNTY COURTHOUSE
            COURTROOM #5
            SHELBY, NC 28151

**No hearing will be held unless a response is filed.**

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Dated:  5/26/2011                                        Steven G. Tate
                                                         Chapter 13 Trustee

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**SHELBY DIVISION**

IN RE:
DEWEY LEE THRIFT                                              CASE NO:  10-40047
KAREN LEIGH THRIFT
SSN# : XXX-XX-1599
SSN# : XXX-XX-1416

**CERTIFICATE OF SERVICE**

The parties whose names and addresses are listed below were served by United States first class mail, postage prepaid on May 26, 2011.

A. Owens
Office of the Chapter 13
Trustee

Allied Indemnity Company, c/o Credit Collection Services, Two Wells Ave Dept 9135, Newton Center, MA  02459
ASSET ACCEPTANCE LLC, PO BOX 2036, WARREN, MI  48090-2036
AT&T, PO Box 70902, Charlotte, NC  28272-0902
Chase Bank USA NA, c/o Creditors Bankruptcy Service, PO Box 740933, Dallas, TX  75374
DEWEY LEE THRIFT, KAREN LEIGH THRIFT, 208 PICKWICK DRIVE, ELLENBORO, NC  28040
Duke Energy Corporation, Attn DT01X RM-BNKRPT, PO Box 1245, Charlotte, NC  28201-1245
Ford S Cooper DDS, 805 Spartan Blvd Ste 120, Spartanburg, SC  29301
Internal Medicine of Greenville, 111 Doctors Dr, Greenville, SC  29605-5608
INTERNAL REVENUE SERVICE, PO BOX 21125, PHILADELPHIA, PA  19114
INTERNAL REVENUE SERVICE, PO BOX 21126, PHILADELPHIA, PA  19114
JCPenny, GE Money Bank/Attn Bankruptcy Dept, PO Box 103104, Roswell, GA  30076
John & Rachel Monday, 1237 Old US Hwy 74, Ellenboro, NC  28040
Kimbrells Furniture, 207 E Main St, Forest City, NC  28043-3126
LABCORP, PO BOX 2240, BURLINGTON, NC  27216-2240
Lutz Corporation Inc, PO Box 1952, Shelby, NC  28151-1952
MIDLAND CREDIT MANAGEMENT INC, SUITE 200, 8875 AERO DRIVE, SAN DIEGO, CA  92123-2255
MISSION HOSPITAL, PO BOX 25215, ASHEVILLE, NC  28813
Morganton Eye Clinic, 640 Oak St, Forest City, NC  28043
NC DEPT OF REVENUE, OFFICE SERV DIV/BANKRUPTCY UNT, PO BOX 1168, RALEIGH, NC  27602-1168
Nextel, KSOPHT0101Z4300, 6391 Sprint Pkwy, Overland Park, KS  66251-4300
PRA Receivables Management LLC as agent of, Portfolio Recovery Associates LLC, PO Box 12914, Norfolk, VA  23541
PRA Receivables Management LLC as agent of, Portfolio Recovery Associates LLC, PO Box 41067, Norfolk, VA  23541
RJM Acquisitions LLC, 575 Underhill Blvd  Suite 224, Syosset, NY  11791-3416
RUTHERFORD CO TAX COLLECTOR, PO BOX 143, RUTHERFORDTON, NC  28139
RUTHERFORD HOSPITAL, 288 SOUTH RIDGECREST AVE, RUTHERFORDTON, NC  28139
Rutherford Radiological Associates, PO Box 886, Rutherfordton, NC  28139
SJWD, 307 Spartanburg Hwy, Wellford, SC  29385
South Carolina Department of Revenue, PO Box 12265, Columbia, SC  29211
Spartanburg Regional Hospital System, c/o Physician Billing Services, PO Box 4595, Spartanburg, SC  29305
Sterling Jewelers Inc, c/o LVNV Funding LLC, PO Box 10497, Greenville, SC  29603
Suncom PCS, c/o Universal Fidelity LP, PO Box 941911, Houston, TX  77094-8911
Theraputic Solutions, PO Box 629, Mauldin, SC  29662
THOMPSON CONTRACTORS INC, PO BOX 1268, RUTHERFORDTON, NC  28139
Verizon Wireless, Bankruptcy Group, PO Box 3397, Bloomington, IL  61702
W Scott Jordan DDS, 334 N Main St, Rutherfordton, NC  28139

Wells Fargo Financial, 4137 121st St, Urbandale, IA  50323-2310

Westside Dermatolgy LLC, 1410B John B White Sr Blvd, Spartanburg, SC  29306

WFNB/Express, 4590 E Broad St, Columbus, OH  43213

Windstream Communications Inc, Financial Services, 1720 Galleria Blvd, Charlotte, NC  28270

Total Served:39

UNDELIVERABLE MAIL (Insufficient Mailing Address)

Total:0