**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**SHELBY DIVISION**

| | |
|---|---|
| IN RE: Debtors | CASE NO: 10-40047 |
| DEWEY LEE THRIFT | Chapter 13 |
| KAREN LEIGH THRIFT | |
| SSN#: XXX-XX-1599 | Related Court Docket #: 19 |
| SSN#: XXX-XX-1416 | |

**TRUSTEE'S NOTICE OF AMENDMENT**
**OF OBJECTION TO CLAIM**

Notice is hereby given that the undersigned standing trustee amends the Objection to Claim entered on 5/24/2011 as follows:

Trustee amends the Notice of Opportunity for Hearing for Objection to Claim to change hearing date from 7/8/11 to 7/29/11.

Also due to Response filed by Debtor (Court Document 23) hearing is now to be scheduled for 7/29/11.

Except as set forth hereinabove, the original document remains effective as initially filed.

DATED: June 14, 2011

Steven G. Tate
Chapter 13 Trustee

**CERTIFICATE OF SERVICE**

The parties whose names and addresses are listed below were served by United States first class mail, postage prepaid on 6/14/2011.

A. Owens
Office of the Chapter 13 Trustee

DEWEY LEE THRIFT AND KAREN LEIGH THRIFT, 208 PICKWICK DRIVE, ELLENBORO, NC  28040
John & Rachel Monday, 1237 Old US Hwy 74, Ellenboro, NC  28040